# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING MOTION TO** |
| | ) | **RECONSIDER ORDER OF DETENTION** |
| vs. | ) | |
| | ) | |
| Dace Kendall Little Dog, | ) | Case No. 1:18-cr-131 |
| | ) | |
| | ) | |
| Defendant. | ) | |

Defendant was charged in an Indictment with the offenses of Robbery and Possession of Materials Involving the Sexual Exploitation of Minors. (Doc. No. 2). He made his initial appearance on the indictment on August 10, 2018. Defendant was ordered detained pending trial. (Doc. No. 10). Since the detention hearing, the United States moved to dismiss the charge of Possession of Materials Involving the Sexual Exploitation of Minors. (Doc. No. 26). Chief Judge Hovland granted the dismissal of the second charge. (Doc. No. 27). Defendant is currently detained, pending his trial before Chief Judge Hovland on March 12, 2019.

On October 26, 2018, defendant filed a motion to reconsider the order of detention. (Doc. No. 29). Defendant asks to be released from custody and placed at a residential re-entry center. The government opposes defendant's motion, arguing that defendant remains a risk to the community. (Doc. No. 30).

The court, in consultation with the Pretrial Services Office, concludes the defendant is not an appropriate candidate for placement at a residential re-entry center given his criminal history and the nature of the present charges. The defendant's motion to reconsider the order of detention (Doc. No. 29) is **DENIED**.

Dated this 6th day of November, 2018.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court