# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dace Kendall Little Dog, | ) | Case No. 1:18-cr-131 |
| | ) | |
| Defendant. | ) | |

Defendant was charged in an Indictment with the offenses of Robbery and Possession of Materials Involving the Sexual Exploitation of Minors. (Doc. No. 2). Defendant was ordered detained pending trial on March 12, 2019. (Doc. No. 10). Since the detention hearing, the United States moved to dismiss the charge of Possession of Materials Involving the Sexual Exploitation of Minors. (Doc. No. 26). Chief Judge Hovland granted the dismissal of the second charge. (Doc. No. 27). On October 26, 2018, defendant filed a motion to reconsider the order of detention and asked to be placed at a residential re-entry center. (Doc. No. 29). The court denied defendant's motion based on defendant's criminal history and the nature of the present charges. (Doc. No. 33).

On January 7, 2019, defendant filed a second motion for reconsideration of order of detention. (Doc. No. 38). Defendant asks to be released to reside with Stacey Chapman in Mandan, North Dakota. The government opposes defendant's motion, arguing that defendant remains a risk to the community. (Doc. No. 39).

The court, in consultation with the Pretrial Services Office, concludes that the reasons provided in the order denying defendant's first motion to reconsider detention still apply—defendant is not an appropriate candidate for release given his criminal history and the nature of the present charges. The defendant's motion to reconsider the order of detention (Doc. No. 38) is **DENIED**.

Dated this 14th day of January, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge